UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DASHAWN JAMISON, : | |
| Plaintiff : | |
| : | |
| vs. : | CIVIL No. 1:13-CV-2129 |
| : | |
| JOHN WETZEL, *et al.*, : | |
| Defendants : | |

*O R D E R*

AND NOW, this 25th day of February, 2015, upon consideration of the report and recommendation of Magistrate Judge Carlson (Doc. 25), filed on January 30, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. Magistrate Judge Carlson's report and recommendation is ADOPTED.

    2. Defendants' Motion to Dismiss (Doc. 14) is GRANTED in part and DENIED in part.

    3. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

    4. This matter is remanded to Magistrate Judge Carlson for further proceedings, including disposition of Plaintiff's pending motion for extension of time to file an amended complaint.  (Doc. 26).

    /s/William W. Caldwell
    William W. Caldwell
    United States District Judge