UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DASHAWN JAMISON,<br>　　　Plaintiff, | :<br>:<br>: |
| v. | : CIVIL NO. 1:13-CV-2129<br>: |
| JOHN WETZEL, et al.,<br>　　　Defendants. | :<br>:<br>: |

*O R D E R*

AND NOW, this 23rd day of June, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 34), filed June 1, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

　　1.  The magistrate judge's report (Doc. 34) is adopted.

　　2.  Plaintiff's amended complaint is DISMISSED for failure to respond to the motion to dismiss.

　　3.  The claims set forth at paragraphs 33-41 and 199-210 of the amended complaint are dismissed with prejudice.

　　4.  The claims brought against officials at SCI Houtzdale and the claims involving officials at SCI Camp Hill, which are not connected by any single legal theory or temporal nexus, are dismissed as misjoined.

　　5.  The Clerk of Court shall close this case.

　　　　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　　United States District Judge